# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) |  |
| LIVINIA MOSES |  |
| Civil Case No. 1:20-cv-00147 |  |

## SHORT FORM COMPLAINT

COMES NOW, the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Livinia Moses

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Maryland

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Maryland

6. Plaintiff's/Deceased Party's current state of residence:

    Maryland

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the District of Maryland

8. Defendants (check Defendants against whom Complaint is made):

    √   Cook Incorporated

    √   Cook Medical LLC

    √   William Cook Europe ApS

9. Basis of Jurisdiction:

    √   Diversity of Citizenship

    ☐   Other: _____

    a. Paragraphs in Master Complaint upon which jurisdiction and venue lie:

        6-28

    b. Other allegations of jurisdiction and venue:

        _____

        _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☒   Günther Tulip® Vena Cava Filter

  ☐  Cook Celect® Vena Cava Filter

  ☐  Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

August 20, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

University of Maryland Medical Center
22 South Greene Street
Baltimore, MD 21201

13. Implanting Physician(s):

David Neschis, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

  √  Count I:  Strict Products Liability – Failure to Warn

  √  Count II:  Strict Products Liability – Design Defect

  √  Count III:  Negligence

  √  Count IV:  Negligence Per Se

  √  Count V:  Breach of Express Warranty

  √  Count VI:  Breach of Implied Warranty

  √  Count VII:  Violations of Applicable Maryland Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  ☐  Count X:  Survival

   √  Count XI:  Punitive Damages

   ☐  Other(s):  _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

15. Attorney for Plaintiff(s):

Michael T. Gallagher

16. Address and bar information Attorney for Plaintiff(s):

2905 Sackett Street
Houston, TX  77098
(713) 222-8080
(713) 222-0066 - facsimile
Federal ID: 5395

Dated:  January 15, 2020      Respectfully submitted,

                /s/ Michael T. Gallagher
                Michael T. Gallagher
                Federal ID: 5395
                The Gallagher Law Firm
                2905 Sackett Street
                Houston, Texas 77098
                (713) 222-8080
                (713) 222-0066 - Facsimile
                donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
